IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS,

      Plaintiff, : Case No. 3:15-cv-132

-vs-

              District Judge Walter Herbert Rice
              Magistrate Judge Michael R. Merz

DAYTON VETERANS MEDICAL CENTER,
et al.,

      Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is DISMISSED without prejudice for failure to state a claim upon which relief can be granted. The Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

May 5, 2015.

                          Walter Herbert Rice
                          United States District Judge